IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00236-F-1
No. 5:15-CV-00435-F

| | | |
|---|---|---|
| DAVID NEIL PHILLIPS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Having examined Petitioner's motion pursuant to Rule 4(b) of the Rules Governing

§ 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to

Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to

the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)**

days of the filing of this order.

SO ORDERED.

This _31__ day of August, 2015.

_James C. Fox_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE