IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00236-F-1
No. 5:15-CV-00435-F

| | | |
|---|---|---|
| DAVID NEIL PHILLIPS, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on David Neil Phillips's pending Application to Proceed in District Court without Prepaying Fees or Costs [DE-105]. Phillips is under the mistaken impression that there are fees associated with the filing of a § 2255 motion. There are no fees associated with filing a § 2255 motion, and Phillips's § 2255 motion will proceed without the need for him to pay any filing fees. Accordingly, Phillips's pending Application to Proceed in District Court without Prepaying Fees or Costs [DE-105] is DISMISSED as moot.

SO ORDERED.

This the 31 day of August, 2015.

*James C. Fox*
James C. Fox
Senior United States District Judge